UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES YAMIELETH ZAVALA-BENITES, | Case No. 26-cv-3343-BAS |
| Petitioner, | **ORDER DENYING PETITION AS MOOT** |
| v. | |
| TODD BLANCHE, Acting Attorney General of the United States, *et al.*, | |
| Respondents. | |

Presently before the Court are a Petition and Application for Writ of Habeas Corpus Ad Prosequendum filed on June 1, 2026. (ECF Nos. 1–2.) The Petition alleges Petitioner was arrested on May 31, 2026 at 11:07 a.m., and had not been presented for an initial appearance in violation of Federal Rule of Criminal Procedure 5. Petitioner seeks a writ of habeas corpus ad prosequendum directing Respondents to immediately present Petitioner to a magistrate judge for arraignment.

Petitioner was arraigned before a magistrate judge on June 2, 2026. Accordingly, the Court **DENIES** the Petition and Application as moot. Whether the delay in arraignment was unreasonable or has any consequence can be raised in the underlying criminal case.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

DATED: June 3, 2026

Hon. Cynthia Bashant, Chief Judge
United States District Court